THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00119-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ELVIS DARRIN BUCKNER.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendment 782 (Nov. 1, 2014).

The Defendant has filed motions for a reduction of his sentence. [Docs. 112, 113, 116]. The Probation Office has submitted a supplement to the Defendant's Presentence Report ("PSR") in this matter. [Doc. 117]. Based thereon, the Court determines that the United States Attorney should provide the Court with its position regarding the PSR supplement.

**IT IS, THEREFORE, ORDERED** that no later than thirty (30) days from the entry of this Order, the United States Attorney shall file a pleading responsive to the Probation Officer's PSR supplement filed in this matter.

**IT IS SO ORDERED.**

Signed: June 11, 2015

Martin Reidinger
United States District Judge